**IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| **ROYCE ANN FAULKINBURY** § | | |
| Plaintiff § | | |
| § | | |
| V. § | No.  5:07CV110 | |
| § | | |
| **COMMISSIONER OF SOCIAL** § | | |
| **SECURITY ADMINISTRATION** § | | |
| Defendant § | | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636.  The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration.  No objections to the Report and Recommendation were filed.  The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.  Accordingly, it is hereby

**ORDERED** that Defendant's Unopposed Motion to Remand (Dkt. No. 6) is hereby **GRANTED**.  It is further

**ORDERED** that Plaintiff's above-entitled and numbered civil action is **REMANDED** to the Commissioner for further administrative proceedings pursuant to sentence 6 of 42 U.S.C. § 405(g).  Upon receipt of the Court's Order, the Appeals Council will vacate its denial of Plaintiff's request for review and consider the additional evidence submitted by her attorney.  It is further

**ORDERED** that all motions not previously ruled on are **DENIED**, and the referral order is

**VACATED**.  It is further

      **ORDERED** that the Clerk of the Court shall **ADMINISTRATIVELY CLOSE** the above-entitled and numbered cause of action.

      **SIGNED this 12th day of October, 2007.**

                                              DAVID FOLSOM
                                              UNITED STATES DISTRICT JUDGE